**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 727 MAL 2014
:
             Respondent : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
      v. :
:
:
:
CARLTON ROY SMITH, :
:
         Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of February, 2015, the Petition for Allowance of Appeal

is **DENIED**.